# IN THE SUPREME COURT OF THE STATE OF NEVADA

JASON ARTHUR ALTHEIDE,
Petitioner,

vs.

THE HONORABLE ROBERT W. LANE,
DISTRICT JUDGE,
Respondent.

No. 69745

**FILED**

MAR 17 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing the district court to rule on petitions pending before it and seeks various other extraordinary remedies. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. *See* NRS 34.160. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Jason Arthur Altheide
     Attorney General/Carson City
     Nye County Clerk

---

[1]We also deny petitioner's motions filed under this docket number.